# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JARROD BOXIE, | Case No. 2:25-cv-03897-RGK-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| YESHA HILL, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Respondent's Motion to Dismiss is granted and the Petition is dismissed with prejudice.

Date: 2/5/2026

R. GARY KLAUSNER
United States District Judge